

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00551-CV

James Brent **MANSFIELD**,
Appellant

v.

Stormie Rae **MANSFIELD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant James Mansfield is appealing the trial court's order relating to child support. Appellant has filed a "Motion to Require Findings of Fact and Conclusions of Law." In his motion, appellant requests that we require the trial court to enter findings of fact and conclusions of law relating to the child support order contained within the final divorce decree.

Texas Family Code section 154.130(a) provides that findings are mandated if any one of three events occurs: (1) a timely request; (2) an oral request during the hearing; or (3) a variance in the amount of child support ordered by the trial court and the amount due pursuant to the guidelines. *See* TEX. FAM. CODE ANN. § 154.130. Subsection (b) lists the findings the court must make: (1) net resources of the obligor per month; (2) net resources of the obligee per month; (3) the percentage applied to the obligor's net resources for child support; and (4) if applicable, the reasons the amount of child support varies from the guidelines. *Id*.

The record in this appeal indicates appellant, on June 25, 2018, made an oral request in open court that the trial court make findings of fact and conclusions of law pursuant to Texas Family Code section 154.130. On July 6, 2018, appellant filed a written request for findings of fact and conclusions of law. Accordingly, the trial court was required to make the findings set out in subsection (b).

Accordingly, we **ORDER** the trial court to make findings of fact and conclusions of law on or before **November 6, 2018**. We additionally **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within **ten days** of the trial court filing its findings of fact and conclusions of law.

Appellant's brief shall be due within **thirty days** of the trial court clerk filing the supplemental record.

_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court